U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 2 0 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JAMES EDWARD PRESTON | CIVIL ACTION NO. 09-1138-P |
| VERSUS | JUDGE WALTER |
| WARDEN RICHARD BRAZZEL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 17 day of August 2009.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE